**Xiaoyong An O'NEAL Plaintiff-Appellant**

**v.**

Nancy A. BERRYHILL,[1] Acting Commissioner of Social Security; SSA Office of General Counsel Defendants-Appellees

No. 16-3594

United States Court of Appeals, Eighth Circuit.

Submitted: June 29, 2017

Filed: July 6, 2017

Xiaoyong An O'Neal, Pro Se

Jeffrey J. Leifert, Special Assistant U.S. Attorney, Social Security Administration, Office of General Counsel Region VII, Kansas City, MO, Nicholas P. Llewellyn, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Missouri, Saint Louis, MO, for Defendants-Appellees

Before BENTON, BOWMAN, and SHEPHERD, Circuit Judges.

PER CURIAM.

Xiaoyong An O'Neal appeals an order of the district court[2] affirming the Commissioner's denial of supplemental security income (SSI) following a hearing before an administrative law judge (ALJ). O'Neal argues that the ALJ erred in determining that she is financially ineligible to receive SSI benefits because she is a single individual with "countable resources" in excess of the statutory $2,000 limit. See 42 U.S.C. § 1382(a); 20 C.F.R. § 416.1201. Having

jurisdiction under 28 U.S.C. § 1291, this court affirms.

Following de novo review, this court finds no legal error and concludes that substantial evidence in the record as a whole supports the ALJ's determination. See Draper v. Colvin, 779 F.3d 556, 559 (8th Cir. 2015).

The judgment is affirmed. See 8th Cir. R. 47B.

---

1. Nancy A. Berryhill has been appointed to serve as Acting Commissioner of Social Security, and is substituted as appellee pursuant to Federal Rule of Appellate Procedure 43(c).

2. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri, adopting the report and recommendations of the Honorable John M. Bodenhausen, United States Magistrate Judge for the Eastern District of Missouri.